```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YASEEN TRAYNOR,                                              :
                                                             :
                          Plaintiff,                         :     19-CV-8889 (LTS) (OTW)
                                                             :
             -against-                                       :     ORDER
                                                             :
BUYSEASONS ENTERPRISES, LLC,                                 :
                                                             :
                          Defendant.                         :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Defendant's Withdrawal of Counsel at ECF 15. It is hereby

**ORDERED** that Gregg M. Kligman shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: February 12, 2020 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |